UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

KOLLEL MATEH EFRAIM, LLC,　　　　　　　Case No. 04-16410-CB

　　　　　　　　　　　Debtor　　　　　　　Chapter 11
---------------------------------------------------------X

## MONTHLY OPERATING STATEMENT FOR THE PERIOD OF
## AUGUST 1, 2006 TO AUGUST 31, 2006

DEBTOR'S ADDRESS:
　　751 Second Avenue　　　　　　　　MONTHLY DISBURSEMENTS: $7,973
　　New York, NY 10017-5906

DEBTOR'S ATTORNEY:
　　Backenroth, Frankel & Krinsky, LLP　　MONTHLY OPERATING
　　489 Fifth Avenue　　　　　　　　　　PROFIT (LOSS):　　　　($7,973)
　　New York, NY 10017

REPORT PREPARER:
　　Abraham Steinwurzel

　　THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR.

　　The undersigned, having reviewed the attached report and being familiar with Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: 9/28/06　　　　　　　　　　　　　　/s/ Abraham Steinwurzel, Manager
　　　　　　　　　　　　　　　　　　　　　　SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here

　　　　　　　　　　　　　　　　　　　　AMENDED STATEMENT

Receipts and Disbursements

|  | RECEIPTS | Current Month | Year to Date |
|---|---|---|---|
| Insider Unsecured Loan | | | |
| Donations | | $7,973 | $46,830.03 |

### DISBURSEMENTS

| | | Current Month | Year to Date |
|---|---|---|---|
| Real Estate Taxes | | $2,333 | $21,728.35 |
| Insurance | | $1,876 | $17,415.35 |
| Utilities | | | |
| Property Maintenance | | $2,145 | $ 7,145 |

### ACCRUED UNPAID OBLIGATIONS

Real Estate Taxes

Insurance

Utilities

Balance Sheet[1]

ASSETS

| | |
|---|---|
| Real Property | $600,000 |
| Deposit for Contract to Purchase Real Property | $140,000 |
| Other Personal Property | Unliquidated |
| Claim Against Seller | Unliquidated |

LIABILITIES

| | |
|---|---|
| Real Property Tax | $1,700 |
| Pre-Petition Unsecured Claims | $1,591,000 |
| Post-Petition Loans | $60,331 |

---

[1] For reporting purposes only, on July 20, 2005 Kollel Mateh Efraim, LLC ("Kollel") and Mateh Ephraim LLC (collectively, the "Debtors") entered into a settlement on the record in open court with Helen May Holdings, LLC ("HMH"), whereby the Debtors essentially agreed to assume a contract of sale for certain real property located at 1141 Country Road 114, in Fosterdale, New York for the revised purchase price of $1,725,000, with a credit for $140,000 already paid as a deposit; and in full satisfaction of all claims between the Debtors and HMH. Subsequent thereto, HMH challenged the settlement on the ground that it was unauthorized. Kollel takes no position herein as to the effect of the challenged settlement on its assets and liabilities.